UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NAZARIO GONZALEZ FIGUEROA,

Petitioner,

v.

BRIAN KOEHN, *et al.*,

Respondents.

Case No. 2:18-cv-02258-KJD-GWF

**ORDER**

This action is a petition for a writ of habeas corpus, under 28 U.S.C. § 2241, by Nazario Gonzalez Figueroa, who is detained at the Nevada Southern Detention Center. *See* Petition for Writ of Habeas Corpus (ECF No. 1); First Amended Petition for Writ of Habeas Corpus (ECF No. 4).

While reserving judgment regarding the procedural viability and merits of Gonzalez Figueroa's first amended petition, the Court determines that it warrants a response by the respondents. The respondents will be served with the first amended petition and will be directed to show cause why the writ should not be granted. *See* 28 U.S.C. § 2243.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is directed to serve copies of the first amended petition (ECF No. 4) and this order upon the respondents as follows:

(1) by having the United States Marshal promptly serve a copy of the first amended petition and this order on the United States Attorney for the District of Nevada, or on an Assistant United States Attorney or clerical employee designated by the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure; and

(2) by sending a copy of the first amended petition and this order, by registered or certified mail, to the Attorney General of the United States, Department of Justice, 950

Pennsylvania Ave. NW, Washington, DC 20530, and the Secretary of the United States Department of Homeland Security, Washington, DC 20528.

**IT IS FURTHER ORDERED** that counsel for the respondents shall file a notice of appearance within **20 days** from the date of this order.

**IT IS FURTHER ORDERED** that the respondents shall file an answer or other response to the first amended petition within **45 days** from the date of this order.

DATED THIS 12 day of December, 2018.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE