UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NAZARIO GONZALEZ FIGUEROA,

 Petitioner,

  v.

BRIAN KOEHN, *et al.*,

 Respondents.

Case No. 2:18-cv-02258-KJD-GWF

**ORDER**

  This action is a petition for a writ of habeas corpus, under 28 U.S.C. § 2241, by Nazario Gonzalez Figueroa, who is detained at the Nevada Southern Detention Center. *See* Petition for Writ of Habeas Corpus (ECF No. 1); First Amended Petition for Writ of Habeas Corpus (ECF No. 4). On December 12, 2018, the Court screened the petition, ordered it served on the respondents, and ordered the respondents to file an answer or other response to the petition. *See* Order filed December 12, 2018 (ECF No. 5). The respondents have now appeared and have filed an answer (ECF Nos. 9, 10). The Court will, therefore, set a schedule for the petitioner to file a reply to the answer, and for the respondents to file a response to the reply, if necessary.

  **IT IS THEREFORE ORDERED** that the petitioner will have 45 days from the date of this order to file a reply to the respondents' answer (ECF No. 10). The respondents will then have 30 days to file a response to the petitioner's reply.

  DATED THIS  29  day of    January          , 2019.

                 _____
                 KENT J. DAWSON,
                 UNITED STATES DISTRICT JUDGE