UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NAZARIO GONZALEZ FIGUEROA, | Case No. 2:18-cv-02258-KJD-GWF |
| Petitioner, | |
| v. | **ORDER DISMISSING ACTION** |
| BRIAN KOEHN, *et al.*, | |
| Respondents. | |

This action is a petition for a writ of habeas corpus, under 28 U.S.C. § 2241, by Nazario Gonzalez Figueroa, who was detained at the Nevada Southern Detention Center. *See* First Amended Petition for Writ of Habeas Corpus (ECF No. 4). Gonzalez Figueroa is represented by retained counsel.

On April 25, 2019, Gonzalez Figueroa filed a motion to dismiss his action (ECF No. 17), stating that he has been "released from immigration custody," and that "[t]his, in turn, has rendered moot this habeas proceeding." *See* Motion to Dismiss (ECF No. 17), p. 2. Respondents filed a response on May 7, 2019 (ECF No. 18), stating that they do not oppose the motion. Gonzalez Figueroa did not reply. Therefore, good cause appearing,

**IT IS ORDERED** that Petitioner's Motion to Dismiss (ECF No. 17) is **GRANTED**. This action is dismissed. The Clerk of the Court is directed to enter judgment accordingly and close this case.

DATED THIS 20 day of May , 2019.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE